RECEIVED

FEB 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 16-cr-00237 |
| VS. | : | JUDGE WALTER |
| ADAM MICAH BALTUTIS | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #29], and in the transcript previously filed herein, [Doc. #30] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #25], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **ADAM MICAH BALTUTIS** on January 24, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED** this 2 day of February, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE